IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| ROCKWELL COLLINS, INC., | )<br>) |
| Plaintiff, | ) No. _____<br>) |
| v. | )<br>) COMPLAINT |
| INTERNATIONAL BROTHERHOOD OF<br>ELECTRICAL WORKERS LOCAL 1362, | )<br>)<br>) |
| Defendant. | )<br>) |

Plaintiff, Rockwell Collins, Inc. ("Rockwell Collins"), for its Complaint against Defendant, International Brotherhood of Electrical Workers, Local 1362 (the "Union"), alleges:

## INTRODUCTION

1. Rockwell Collins brings this complaint pursuant to Section 301 of the Labor Management Relations Act (29 U.S.C. §185), referred to as the LMRA, to vacate the decision of an arbitrator with respect to a grievance filed by the Union against Rockwell Collins.

## JURISDICTION AND VENUE

2. Jurisdiction of this action is conferred on this Court by Section 301 of the LMRA, 29 U.S.C. §185.

3. Venue is properly in this Court as provided by 28 U.S.C. §1391(b), as a substantial part of the events giving rise to the claim occurred in this District.

## PARTIES

4. Rockwell Collins is a corporation existing under the laws of the State of Delaware, with its principal place of business in Cedar Rapids, Iowa.

5. The Union is a labor organization representing employees in an industry affecting commerce as defined under the LMRA, 29 U.S.C. §142 and §152, with its principal office in Cedar Rapids, Iowa.

## VACATION OF DECISION

6. The Union and Rockwell Collins agreed to a collective bargaining agreement for the period from May 4, 2013 to May 4, 2018. See Exhibit A.

7. On December 7, 2016, the Union filed a grievance pursuant to the collective bargaining agreement, challenging the decision of Rockwell Collins to outsource the custodial work at the Cedar Rapids, Iowa facilities. See Exhibit B.

8. Rockwell Collins and the Union exhausted the grievance procedure without a resolution. On December 15, 2016, the Union requested arbitration of the grievance.

9. The arbitration hearing on the grievance was conducted before Arbitrator Robert A. Grey on September 6, 2017.

10. On July 18, 2018, Rockwell Collins received the decision of the arbitrator requiring certain action by Rockwell Collins. See Exhibit C.

11. The decision of the arbitrator fails to draw its essence from the collective bargaining agreement.

12. The arbitrator ignored or went beyond the plain text of the collective bargaining agreement and essentially rewrote the collective bargaining agreement creating requirements on Rockwell Collins that did not exist in the agreement as negotiated by the parties.

13. The arbitrator exceeded or so imperfectly executed his powers under the collective bargaining agreement so as to make his decision subject to being vacated pursuant to 29 U.S.C. §185.

WHEREFORE, Rockwell Collins demands judgment against the Union and respectfully requests an order vacating the arbitration decision, awarding payment of Rockwell Collins' attorneys' fees and costs, and such other and further relief as the Court deems appropriate.

Respectfully submitted,

*/s/Kelly R. Baier*
KELLY R. BAIER(#LI0000159)
of
BRADLEY & RILEY PC
2007 First Avenue SE
P.O. Box 2804
Cedar Rapids, IA 52406-2804
Phone: (319) 363-0101
Direct Dial: (319) 861-8723
Email: kbaier@bradleyriley.com

ATTORNEYS FOR THE PLAINTIFF